UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                                    :        CASE NO. 04-16441
                                                                   CHAPTER 13
MICHELLE D. LUCAS
                                                          :        JUDGE JEFFERY P. HOPKINS

       DEBTOR

                                                          :        NOTICE OF TRANSMITTAL OF
                                                                   UNCLAIMED FUNDS

       Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the
Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

       The Trustee has made numerous attempts to contact the debtor(s).  Final Report has been filed in
this case.  These Funds are now unclaimed.

Check No.                          Amount
 916576                            $4.56


Debtor Address
MICHELLE D. LUCAS
201 MILLER ROAD
APT. 38 G
LEBANON, OH  45036-1248


                                              Respectfully submitted,


                                    /s/      Margaret A. Burks, Esq.
                                             Margaret A. Burks, Esq.
                                             Chapter 13 Trustee
                                             Attorney No. OH 0030377

                                             Francis J. DiCesare, Esq.
                                             Staff Attorney
                                             Attorney No. OH 0038798

                                             Karolina F. Perr, Esq.
                                             Staff Attorney
                                             Attorney No. OH 0066193

                                             600 Vine Street, Suite 2200
                                             Cincinnati, OH 45202
                                             (513) 621-4488
                                             (513) 621 2643 (Facsimile)
                                             mburks@cinn13.org - Correspondence only
                                             fdicesare@cinn13.org
                                             kperr@cinn13.org
                                             cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Debtors

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, February 24, 2010.

/s/        Margaret A. Burks, Esq.
           Margaret A. Burks, Esq.

Debtor(s)                              Debtor(s) Counsel
MICHELLE D. LUCAS                      G. TIMOTHY DEARFIELD, ESQ.
201 MILLER ROAD                        230 NORTHLAND BLVD
APT. 38 G                              SUITE 230
LEBANON, OH  45036-1248               CINCINNATI, OH  45246


                                       U.S. TRUSTEE
                                       36 EAST SEVENTH STREET, SUITE 2030
                                       CINCINNATI, OHIO 45202
                                        (service waived)